**Volkswagen Group Of America, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-3131**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | BrandCar Store | 2 | Car Accessories A Store |
| 3 | CAR KEY FACTORY | 4 | careycar store |
| 5 | car-life store | 6 | carmarry store |
| 7 | CarZB Co.,Ltd. Store | 8 | Chinese welcome light Store |
| 9 | EXN OFFICIAL STORE | 10 | FUWAYDA Official Store |
| 11 | Globale Car & Motor Store | 12 | Govi Racing store |
| 13 | HVIERO Official Store | 14 | HVIERO VIP Store |
| 15 | jingxiangfeng store | 16 | Lavikcar Store |
| 17 | Leites Official Store | 18 | Leono Store |
| 19 | maite store | 20 | modern car life store |
| 21 | NEWM Nanjing Newsuns Store | 22 | pftkjcp company online store |
| 23 | Ronan Official Store | 24 | Seineca Store |
| 25 | SZ8792 Store | 26 | wy car store |
| 27 | xplus official store | 28 | Yanzhiqi Car Styling Trading Co. Ltd.. Store |
| 29 | YY is Car Lights Store | 30 | YY xenonlight & LEDlight Store |
| 31 | ZQ car lights Store | 32 | 3074 Car Accessories Store |
| 33 | Aozong Car light Store | 34 | Autoeaglerich |
| 35 | Automotive lighting fittings Store | 36 | AutoParts Service Store |
| 37 | Autor & Motorcycles Store | 38 | AUTUNEER Tech Store |
| 39 | Car & Motorcycle Accessories Store | 40 | Car Nanny Automobile Accessories Store |
| 41 | Car World Everyday Store | 42 | careycar store |
| 43 | CARLitek CARLitek VIP Store | 44 | Chichang lamps Store |
| 45 | Dianacar Store | 46 | DXZ Car-Parts Store |
| 47 | Enjoynight Autoparts Store | 48 | gaowu car products store |
| 49 | Global Electronical Marketing Store | 50 | GZ-QGT Store |
| 51 | HoneyBaby Store | 52 | Hongy 001 Store |
| 53 | HTPOW Car Accessories Store | 54 | HX-CarLight Store |
| 55 | IS Alwaysbest Store | 56 | J&F Imp & Exp |
| 57 | JUCHI Car Part Store | 58 | JuneHome Store |
| 59 | KANUOC Store | 60 | LB Flyying Car Store |
| 61 | pilot e store | 62 | racbox worklight store |
| 63 | Running Cars | 64 | SAHANAK Factory Direct Store |
| 65 | Shop2885192 Store | 66 | Shop4368007 Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 67 | Shop4687086 Store | 68 | Shop5009127 Store |
| 69 | Shop5075353 Store | 70 | Shop5134082 Store |
| 71 | Shop5573145 Store | 72 | Shop831232 Store |
| 73 | SL Store | 74 | Snyrobys Store |
| 75 | Specify light Store | 76 | SUNG Auto Lighting & Electronics |
| 77 | superwind car Store | 78 | susulaimi car products Store |
| 79 | The Car Factory Store | 80 | XZ-Car Store |
| 81 | YaLa VIP Store | 82 | yesplease store |
| 83 | YIMEISHI Store | 84 | YQU Store |
| 85 | ytd light store | 86 | zexuanlin1982 Store |
| 87 | zhengsheng store | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/4431062 | 2 | aliexpress.com/store/2630063 |
| 3 | aliexpress.com/store/113690 | 4 | aliexpress.com/store/4670016 |
| 5 | aliexpress.com/store/2669180 | 6 | aliexpress.com/store/3981013 |
| 7 | aliexpress.com/store/2140108 | 8 | aliexpress.com/store/4519038 |
| 9 | aliexpress.com/store/1941126 | 10 | aliexpress.com/store/404383 |
| 11 | aliexpress.com/store/1326116 | 12 | aliexpress.com/store/202643 |
| 13 | aliexpress.com/store/1946246 | 14 | aliexpress.com/store/1267031 |
| 15 | aliexpress.com/store/2793001 | 16 | aliexpress.com/store/4659077 |
| 17 | aliexpress.com/store/3155021 | 18 | aliexpress.com/store/3187027 |
| 19 | aliexpress.com/store/341048 | 20 | aliexpress.com/store/2343214 |
| 21 | aliexpress.com/store/218784 | 22 | aliexpress.com/store/1279518 |
| 23 | aliexpress.com/store/812974 | 24 | aliexpress.com/store/3970027 |
| 25 | aliexpress.com/store/4164008 | 26 | aliexpress.com/store/1750665 |
| 27 | aliexpress.com/store/426514 | 28 | aliexpress.com/store/4055088 |
| 29 | aliexpress.com/store/3682044 | 30 | aliexpress.com/store/2853097 |
| 31 | aliexpress.com/store/4259011 | 32 | aliexpress.com/store/5230020 |
| 33 | aliexpress.com/store/5003383 | 34 | aliexpress.com/store/1924233 |
| 35 | aliexpress.com/store/4401047 | 36 | aliexpress.com/store/5007026 |
| 37 | aliexpress.com/store/5044269 | 38 | aliexpress.com/store/5069046 |
| 39 | aliexpress.com/store/4202034 | 40 | aliexpress.com/store/611248 |
| 41 | aliexpress.com/store/5367124 | 42 | aliexpress.com/store/4670016 |
| 43 | aliexpress.com/store/3130036 | 44 | aliexpress.com/store/3686095 |
| 45 | aliexpress.com/store/4813105 | 46 | aliexpress.com/store/4999104 |
| 47 | aliexpress.com/store/5053220 | 48 | aliexpress.com/store/1396839 |
| 49 | aliexpress.com/store/1820881 | 50 | aliexpress.com/store/5030006 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 51 | aliexpress.com/store/1877113 | 52 | aliexpress.com/store/448714 |
| 53 | aliexpress.com/store/4412071 | 54 | aliexpress.com/store/3124016 |
| 55 | aliexpress.com/store/2801117 | 56 | aliexpress.com/store/1711235 |
| 57 | aliexpress.com/store/3652038 | 58 | aliexpress.com/store/230984 |
| 59 | aliexpress.com/store/3169013 | 60 | aliexpress.com/store/2670184 |
| 61 | aliexpress.com/store/2133073 | 62 | aliexpress.com/store/1305384 |
| 63 | aliexpress.com/store/1993011 | 64 | aliexpress.com/store/5055086 |
| 65 | aliexpress.com/store/2885192 | 66 | aliexpress.com/store/4368007 |
| 67 | aliexpress.com/store/4687086 | 68 | aliexpress.com/store/5009127 |
| 69 | aliexpress.com/store/5075353 | 70 | aliexpress.com/store/5134082 |
| 71 | aliexpress.com/store/5573145 | 72 | aliexpress.com/store/831232 |
| 73 | aliexpress.com/store/2665028 | 74 | aliexpress.com/store/5087155 |
| 75 | aliexpress.com/store/4999316 | 76 | aliexpress.com/store/1291174 |
| 77 | aliexpress.com/store/2797187 | 78 | aliexpress.com/store/5439190 |
| 79 | aliexpress.com/store/4151001 | 80 | aliexpress.com/store/2348091 |
| 81 | aliexpress.com/store/5055215 | 82 | aliexpress.com/store/4663084 |
| 83 | aliexpress.com/store/4793002 | 84 | aliexpress.com/store/606201 |
| 85 | aliexpress.com/store/4992519 | 86 | aliexpress.com/store/4962062 |
| 87 | aliexpress.com/store/4933025 | | |