IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRANDCAR STORE, et al., <br><br> Defendants. | Case No. 20-cv-03131 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Sheila M. Finnegan** |

### PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff Volkswagen Group of America, Inc. ("Plaintiff") seeks this Court's authorization to effectuate service of process by e-mail and electronic publication in an action arising out of 15 U.S.C. § 1114 and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 28th day of May 2020.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Volkswagen Group of America, Inc.*