**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ABC Corp. | ) ) ) | Case No: 20 C 3131 |
| v. | ) ) ) | Judge: Thomas M. Durkin |
| The Partnerships | ) ) ) ) | |

**ORDER**

Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Transfer of the Domain Names, a Temporary Asset Restraint, and Expedited Discovery, and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) are granted. [13][ 18]  Plaintiff's motion for leave to file under seal is granted.[ 9] Enter Sealed Temporary Restraining Order. Plaintiff shall deposit with the Court ten thousand dollars ($10,000.00), either cash or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder, such bond to be deposited with the Court once in-person civil case hearings resume.

Date:  6/1/2020                                                              /s/ Thomas M. Durkin